UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

MICHELLE NAVAREZ,                                             CASE NO.: 3:21-cv-00248-DCG

    Plaintiff,

v.

NATIONAL ADMINISTRATIVE SERVICE
CO., LLC, an Ohio Limited Liability Company,
PELICAN INVESTMENT HOLDINGS GROUP, LLC,
d/b/a AAP, a Delaware Limited Liability Company
and GUSTAV RENNY a/k/a GUS RENNY,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, MICHELLE NAVAREZ, and Defendants, NATIONAL ADMINISTRATIVE SERVICE CO., LLC, PELICAN INVESTMENT HOLDINGS GROUP, LLC, d/b/a AAP and GUSTAV RENNY a/k/a GUS RENNY (collectively "Defendants"), by and through undersigned counsel, hereby notify the Court that the parties have reached a settlement in the above-captioned action and respectfully request thirty (30) days to finalize the settlement documents and to file a Stipulation of Dismissal.

Dated this 16th day of February, 2022.

| By: */s/ Michelle Navarez* | By: */s/ Jason S. Weiss* |
|---|---|
| Michelle Navarez | Jason S. Weiss |
| *Plaintiff, Pro Se* | **WEISS LAW GROUP, P.A.** |
| 611 Rubin Drive | 5531 N. University Drive, Suite 103 |
| Apt J87 | Coral Springs, FL 33067 |
| El Paso, Texas 79912 | Tel: (954) 573-2800 |
| 915-465-6805 | Fax: (954) 573-2798 |
| Pinkroses_21@yahoo.com | Jason@jswlawyer.com |
| | *Attorneys for Defendants* |