FILED
March 07, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:   Michael Trujillo
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| MICHELLE NAVAREZ, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ADMINISTRATIVE SERVICE CO., LLC a Ohio Limited Liability Company, PELICAN INVESTMENT HOLDINGS GROUP LLC, d/b/a AAP a Delaware Limited Liability Company and GUSTAV RENNY a/k/a GUS RENNY <br><br> Defendants. | § § § § § § § § § § § § § § § § § <br><br> EP-21-CV-0248-DG |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants NATIONAL ADMINISTRATIVE SERVICE CO., LLC, PELICAN INVESTMENT HOLDINGS GROUP, LLC d/b/a AAP, and GUSTAV RENNY all together ("Defendants") have resolved their case. Plaintiff hereby requests the Court dismiss the case against Defendants with prejudice.

Dated March 5, 2022,

Respectfully Submitted,

*/s/ Michelle Navarez*

Michelle Navarez
Plaintiff, Pro Se
611 Rubin Dr Apt J87
El Paso, Texas 79912
915-465-6805

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| MICHELLE NAVAREZ, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> NATIONAL ADMINISTRATIVE SERVICE § <br> CO., LLC a Ohio Limited Liability Company, § <br> PELICAN INVESTMENT HOLDINGS GROUP § <br> LLC, d/b/a AAP a Delaware Limited Liability § <br> Company and GUSTAV RENNY a/k/a GUS § <br> RENNY § <br> § <br> Defendants. § <br> § | EP-21-CV-0248-DG |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2022, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated March 5, 2022,                    Respectfully Submitted,

*/s/ Michelle Navarez*

Michelle Navarez
Plaintiff, Pro Se
611 Rubin Dr Apt J87
El Paso, Texas 79912
915-465-6805

RECEIVED
March 07, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
DEPUTY

Case 3:21-cv-00248-DCG   Document 28   Filed 03/07/22   Page 3 of 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MICHELLE NAVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ADMINISTRATIVE SERVICE CO., LLC a Ohio Limited Liability Company, PELICAN INVESTMENT HOLDINGS GROUP LLC, d/b/a AAP a Delaware Limited Liability Company and GUSTAV RENNY a/k/a GUS RENNY<br><br>Defendants. | § § § § § § § § § § § § § § § §   EP-21-CV-0248-DG |

[PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Dismiss With Prejudice, it is this, _____ day of _____, 2022,

ORDERED that Plaintiff's Motion to Dismiss With Prejudice be and is hereby **GRANTED**;

**SO ORDERED**

_____
United States District Judge