UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MICHELLE NAVAREZ, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| NATIONAL ADMINISTRATIVE SERVICE CO., LLC, *an Ohio Limited Liability Company*, PELICAN INVESTMENT HOLDINGS GROUP LLC, *d/b/a AAP*, *a Delaware Limited Liability Company*, **and GUSTAV RENNY**, *a/k/a Gus Renny*, | § § § § § § § § § | EP-21-CV-00248-DCG |
| *Defendants*. | § § | |

## ORDER

**IT IS ORDERED** that Plaintiff Michelle Navarez's "Motion to Dismiss with Prejudice" (ECF No. 28) is **GRANTED**.

**IT IS THEREFORE ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** and the District Clerk **SHALL CLOSE** this case.

So ORDERED and SIGNED this  8th  day of March 2022.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE